IN THE U.S. DISTRICT COURT OF MARYLAND
FOR EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| Soni Mathew | * | |
|     Plaintiff | * | |
| v. | * | Case No. 1:17-cv-00756-LO-MSN |
| Punjabi by Nature, LLC, *et al.* | * | |
|     Defendants | * | |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff, Mr. Soni Mathew, together with Defendants, Punjabi by Nature, LLC, Mr. Rajiv Chopra, and Mrs. Shivani Chopra ("Defendants"), respectfully request that the Court approve a settlement agreement that the parties have reached concerning Plaintiff's lawsuit seeking overtime under the Fair Labor Standards Act, 29 U.S.C. § 207. The Parties seek Court approval of this Agreement because claims under the FLSA, like those released by the Plaintiff in the Settlement Agreement that all parties have entered into, may not be waived or released without U.S. Department of Labor or Court approval.

Respectfully submitted,

| | |
|---|---|
|         /s/        |    /s/  (signed with permission) |
| Howard B. Hoffman, Esq. | David G. Tripp, Esq. |
| Virginia Bar No. 88694 | Virginia Bar No. 39865 |
| 600 Jefferson Plaza, Suite 304 | 3702 Pender Drive, Ste. 220 |
| Rockville, Maryland 20852 | Fairfax, Virginia 22030 |
| (301) 251-3752 [tele] | (703) 860-2600 [tele] |
| (301) 251-3753 [fax] | (703) 860-2521 [fax] |
| hhoffman@hoholaw.com | dtripp@tripp-law.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

September 27, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this day of 29th day of September, 2017, a copy of the foregoing Joint Motion for Approval of FLSA Settlement, was filed via with the Clerk of the Court for the U.S. District Court for the Eastern District of Virginia using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>David G. Tripp, Esquire
>Law Offices of David G. Tripp
>3702 Pender Drive, Ste. 220
>Fairfax, Virginia 22030


>*/s/ Howard B. Hoffman*
>Howard B. Hoffman