

EXHIBIT

2 - A

# Howard B. Hoffman, Attorney at Law

600 Jefferson Plaza Suite 304

Rockville, MD 20852

Phone: 301-251-3752  |  Fax: 301-251-3753

Soni Mathew

Invoice Date: September 29, 2017
Invoice Number:
Invoice Amount: $9,033.77

## Matter: Punjabi by Nature FLSA Litigation

**Attorney's Fees**

| Date | Description | | | |
|---|---|---|---|---|
| 6/20/2017 | Tele conf. with client re wage claims. | H.B.H. | .50 | $200.00 |
| 6/21/2017 | Draft letter of representation; transmit same. | H.B.H. | .60 | No Charge |
| 6/29/2017 | Tele conf. with client re status of matter. (.2 hrs). Review file and notes; draft Complaint. Review and revise. Transmit to client for review. (1.7 hrs). | H.B.H. | 1.90 | $760.00 |
| 6/30/2017 | Tele conf. with client. (.2 hrs). Review and revise Complaint. (.3 hrs). Review Local Rules re civil cover sheet and opening of civil cases. (.2 hrs). Draft civil cover sheet and summons. (.2 hrs). Open case via ECF. (.2 hrs). | H.B.H. | 1.10 | $440.00 |
| 7/5/2017 | Draft Ltr to S. Chopra re Rule 4(d) waiver; prepare forms and materials re Rule 4(d) waiver. Transmit via Priority Mail. (.9 hrs). Draft Ltr to R. Chopra re Rule 4(d) waiver; prepare forms and materials re Rule 4(d) waiver. Transmit via Priority Mail. (.5 hrs). | H.B.H. | 1.40 | $560.00 |
| 7/11/2017 | Tele conf. with client re status of matter. | H.B.H. | .20 | $80.00 |
| 7/17/2017 | Tele conf. with client re status of matter. | H.B.H. | .10 | $40.00 |
| 7/24/2017 | Draft Notices re Rule 4(d) Request. File same. | H.B.H. | .60 | $240.00 |
| 8/9/2017 | Review and respond to comm. from D. Tripp re waivers and settlement demand. | H.B.H. | .10 | $40.00 |
| 8/10/2017 | Draft comm. to E. Schulman re calculations. | H.B.H. | .10 | $40.00 |
| 8/11/2017 | Draft 2 pg ltr to David Tripp re demand/settlement. Review spreadsheet calcs; confer with E. Schulman re same. | H.B.H. | 1.60 | $640.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 8/11/2017 | Draft ltr to US DCT re 4(d) waivers.  Prepare materials and transmit. | H.B.H. | .20 | $80.00 |
| 8/22/2017 | Tele conf. with D. Tripp.  (.5 hrs).  Draft comm. to S. Mathew re settlement offer; review and revise.  Review response.   (.3 hrs). | H.B.H. | .80 | $320.00 |
| 8/23/2017 | Tele conf. with S. Mathew re status of matter. (.3 hrs).  Draft comm. to Tripp re same. (.2 hrs). | H.B.H. | .40 | $160.00 |
| 8/24/2017 | Review comm from D. Tripp re settlement; draft lengthy response. | H.B.H. | .50 | $200.00 |
| 8/28/2017 | Tele conf with D Tripp re settlement discussions. | H.B.H. | .20 | $80.00 |
| 9/11/2017 | Review comm. from D. Tripp and tele conf. with D. Tripp re status of matter. (.1 hrs). | H.B.H. | .10 | $40.00 |
| 9/11/2017 | Review MTD and Memo in Support.  (.2 hrs).  Substantial legal research re regular rate of pay and pleading issues re same; review cases. (1.7 hrs). | H.B.H. | 1.90 | $760.00 |
| 9/14/2017 | Tele conf. with D. Tripp re settlement. | H.B.H. | .10 | $40.00 |
| 9/15/2017 | Continue revisions to First Amended & Verified Lawsuit. (.8 hrs).  Tele conf. with client re settlement offer and First Amended & Verified Lawsuit. (.5 hrs).  Forward lawsuit via docusign. (.1 hrs). | H.B.H. | 1.40 | $560.00 |
| 9/16/2017 | File First Amended & Verified Complaint. | H.B.H. | .10 | $40.00 |
| 9/18/2017 | Prepare Line and proposed Summons.  File same via ECF. | H.B.H. | .40 | $160.00 |
| 9/20/2017 | Tele conf. with D. Tripp re status of matter. | H.B.H. | .20 | $80.00 |
| 9/21/2017 | Tele conf. with D. Tripp re settlement. (.1 hrs).  Review legal research re negotiation of fees separately and secondarily; review same.  (.6 hrs). | H.B.H. | .70 | $280.00 |
| 9/22/2017 | Tele conf. with S. Mathew re most recent settlement proposal. | H.B.H. | .10 | $40.00 |
| 9/25/2017 | Draft lengthy comm. to D. Tripp re settlement. | H.B.H. | .30 | $120.00 |
| 9/27/2017 | Draft Joint Motion to Approve.  Review and revise.  Draft proposed Order.  Review and revise.  Draft Waiver of Hearing.  Review and revise.  Transmit to D. Tripp. | H.B.H. | 2.30 | $920.00 |
| 9/28/2017 | Tele conf. with S. Mathew re status of matter. | H.B.H. | .20 | $80.00 |
| 9/28/2017 | Review and respond to multi comm. and review settlement agreement draft.  Tele conf. with D. Tripp re status of matter and proposed revisions. | H.B.H. | 1.10 | $440.00 |
| 9/28/2017 | Draft affidavit in support of Joint Motion to Approve. | H.B.H. | .70 | $280.00 |
| 9/29/2017 | Multi emails and tele confs. with with opposing counsel and client re payment terms and ITIN requirements.   Review and revise Affidavit.  Review and revise Motion and Memo.  Prepare materials and file via ECF. | H.B.H. | 1.80 | $720.00 |
| SUBTOTAL: | | | 21.70 | $8,440.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 6/30/2017 | Filing Fee | $400.00 |

| Date | Description | Amount |
|---|---|---|
| 7/5/2017 | Priority Mail - R. Chopra | $5.95 |
| 7/5/2017 | Return Postage - R. Chopra Rule 4(d) request. | $0.46 |
| 7/5/2017 | Return Postage - S. Chopra Rule 4(d) request. | $0.46 |
| 7/5/2017 | Priority Mail - S. Chopra | $5.95 |
| 8/11/2017 | Priority Mail - US DCT (4(d) waivers) | $5.95 |
| 9/1/2017 | Expert Calculations - E. Schulman (inv # 1114) | $175.00 |
| SUBTOTAL: | | $593.77 |

TOTAL $9,033.77
PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $9,033.77