E. Schulman
9/28/17
Soni Mathew

**Overtime Damage Calculations Punjabi by Nature, LLC**

Source: Plaintiffs Allegations

**FOR SETTLEMENT PURPOSES ONLY**

EXHIBIT 2-B

| Work Week | Weekly Pay | Rate Paid (Hourly) | Total Hours Worked | Non-OT Hours Worked | Non OT Wages Paid | Obligatory Minimum Wage, per Hour | Obligatory Wages Owed for Non-OT Hours | Minimum Wage Owed | OT Hours Worked | OT Wages Paid | Obligatory OT Wage, per hour | Obligatory Wages Owed for OT Hours | OT Wage Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13-12/19/15 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 12/20-12/26/15 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 12/27-1/2/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/3-1/9/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/10-1/16/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/17-1/23/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/24-1/30/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/31-2/6/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 2/7-2/13/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 2/14-2/20/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 2/21-2/27/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 2/28-3/5/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 3/6-3/12/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 3/13-3/19/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 3/20-3/26/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 3/27-4/2/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 4/3-4/9/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 4/10-4/16/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 4/17-4/23/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 4/24-4/30/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 5/1-5/7/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 5/8-5/14/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 5/15-5/21/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 5/22-5/28/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 5/29-6/4/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 6/5-6/11/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 6/12-6/18/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 6/19-6/25/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 6/26-7/2/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 7/3-7/9/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 7/10-7/16/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 7/17-7/23/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 7/24-7/30/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 7/31-8/6/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 8/7-8/13/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 8/14-8/20/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 8/21-8/27/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 8/28-9/3/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 9/4-9/10/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 9/11-9/17/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 9/18-9/24/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 9/25-10/1/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 10/2-10/8/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 10/9-10/15/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 10/16-10/22/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 10/23-10/29/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 10/30-11/5/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |

1

E. Schulman
9/28/17
Soni Mathew

**Overtime Damage Calculations Punjabi by Nature, LLC**

FOR SETTLEMENT PURPOSES ONLY

Source: Plaintiffs Allegations

EXHIBIT I

| Work Week | Weekly Pay | Rate Paid (Hourly) | Total Hours Worked | Non-OT Hours Worked | Non OT Wages Paid | Obligatory Minimum Wage, per Hour | Obligatory Wages Owed for Non-OT Hours | Minimum Wage Owed | OT Hours Worked | OT Wages Paid | Obligatory OT Wage, per hour | Obligatory Wages Owed for OT Hours | OT Wage Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/6-11/12/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 11/13-11/19/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 11/20-11/26/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 11/27-12/3/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 12/4-12/10/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 12/11-12/17/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 12/18-12/24/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 12/25-12/31/16 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/1-1/7/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/8-1/14/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/15-1/21/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/22-1/28/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 1/29-2/4/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 2/5-2/11/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 2/12-2/18/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 2/19-2/25/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 2/26-3/4/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 3/5-3/11/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 3/12-3/18/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 3/19-3/25/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 3/26-4/1/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 4/2-4/8/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 4/9-4/15/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 4/16-4/22/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 4/23-4/29/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 4/30-5/6/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 5/7-5/13/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 5/14-5/20/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 5/21-5/27/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| 5/28-6/3/17 | $ 650.00 | $ 8.78 | 74 | 40 | $ 351.35 | $ 7.25 | $ 290.00 | $ - | 34 | $ 298.65 | $ 13.18 | $ 447.97 | $ 149.32 |
| | | | | | $27,054.05 | | $ 22,330.00 | $ - | | $ 22,995.95 | | $ 34,493.92 | $ 11,497.97 |

| | Overtime Damages |
|---|---|
| Straight | $ 11,497.97 |
| 2X | $ 22,995.95 |

2