IN THE U.S. DISTRICT COURT OF MARYLAND
FOR EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Soni Mathew | * |
|     Plaintiff | * |
| v. | *   Case No. 1:17-cv-00756-LO-MSN |
| Punjabi by Nature, LLC, *et al.* | * |
|     Defendants | * |

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of FLSA Settlement ("Joint Motion"). After consideration and review of the Parties' Joint Motion and the accompanying Settlement Agreement, it is hereby:

**ORDERED**, that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**ORDERED**, that the Court shall retain jurisdiction over this case until the Defendants' payments are made pursuant to the Settlement Agreement;

**ORDERED**, Plaintiff shall promptly advise the Court after payment has been received and the funds have fully and unconditionally cleared;

**FURTHER ORDERED**, that provided the Defendants make all payments under the Settlement Agreement, Plaintiff's claims shall be DISMISSED with prejudice; and that the Clerk of Court will CLOSE this case.

Date: Oct 2, 2017

Hon. Liam O'Grady
U.S. District Court Judge